# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        NO. 4:07CR00268-01 JLH

BLAS ELFEGO RANGEL-HERNANDEZ                                                       DEFENDANT

## ORDER

On June 26, 2008, defendant was sentenced by this Court to 70 months imprisonment, to be followed by five (5) years supervised release. A motion to revoke supervised release was filed on February 27, 2013. Document #26. Rangel-Hernandez was subsequently indicted on new charges in case number 4:13CR00138 KGB on May 9, 2013, and those charges remain pending before the Honorable Kristine G. Baker.

The defendant has now filed an amended motion to transfer this case to the docket of Judge Baker for judicial economy. The motion recites that counsel for the government is in agreement with the motion. Good cause having been shown, the motion is GRANTED. Document #43. The Clerk is directed to transfer this matter to Judge Baker's docket accordingly.

IT IS SO ORDERED this 26th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE