IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                              Case No. 4:07-cr-00268 KGB

BLAS ELFEGO RANGEL-HERNANDEZ                                              DEFENDANT

ORDER

Pending herein is the government's motion for revocation of defendant Blas Elfego Rangel Hernandez's supervised release and for issuance of a warrant for him to appear before this Court to show cause why his supervised release should not be revoked (Dkt. No. 26). The motion for revocation is based upon charges filed against Mr. Rangel-Hernandez in Case No. 4:13-cr-00138. An arrest warrant was issued; however, the parties requested to take the revocation matter up at the sentencing in Case No. 4:13-cr-00138.

For good cause shown, at the sentencing hearing in Case No. 4:13-cr-00138, on Thursday, June 4, 2015, the Court granted in open Court an oral motion by Ron Davis to be relieved as counsel of record for Mr. Rangel-Hernandez. The sentencing hearing is continued and will be reset by separate notice.

On June 5, 2015, the Court ordered that CJA Panel Attorney Omar F. Greene be appointed to represent Mr. Rangel-Hernandez in all further proceedings in Case No. 4:13-cr-00138 (Dkt. No. 51). CJA Panel Member Sonia Rios was ordered to assist Mr. Green as co-counsel on June 9, 2015 (Dkt. 53). It is therefore ordered that Mr. Green and Ms. Rios are appointed as counsel for Mr. Rangel-Hernandez in the matter herein.

Mr. Davis is relieved from any further representation of the defendant in this matter.

It is so ordered this 17th day of June, 2015.

_____
Kristine G. Baker
United States District Court Judge